Rel: May 17, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0526

Stephen D. Coker, Jr., Ann Coker Wing, Catherine Davis Coker, Quinton Scott Coker, and Caroline Coker Gehlken v. Douglas B. Davis (Appeal from Mobile Circuit Court: CV-20-901128).

PARKER, Chief Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Wise, Sellers, Stewart, and Cook, JJ., concur.